| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 15, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Gerald Mora,<br>    Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-20-3205 |
| Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§ | |

## Order of Adoption

On April 22, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Gerald Mora's petition for writ of habeas corpus. (16) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on June 14, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge